# Exhibit B
# Declaration of John P. Luther

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANTZ DESIGN INC., <br> a Texas Corporation, <br><br>               *Plaintiff*, <br><br> V. <br><br> DENTSPLY SIRONA, INC., <br> a Delaware Corporation, <br><br>               *Defendant.* | ) <br> ) <br> ) <br> )   Case No.: <br> ) <br> ) <br> ) <br> )   Jury Trial Demand <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF
## JOHN P. LUTHER

I, John P. Luther declare and state as follows:

1. I am attorney and counselor at law and a Partner of Ladas & Parry, LLP, having an address of 224 South Michigan Ave., Suite 1600, Chicago, Illinois, 60604, and I am over eighteen years of age and authorized to make this Declaration.

2. Attached hereto is a true and correct copy of a SICAT AIR article inclusive of a SICAT AIR brochure that I downloaded from the Internet on October 4, 2017 at approximately 1:39 pm CST.

I declare under penalty of law that the statements made herein are true and correct.

John P. Luther

Date: December 6, 2017




## SICAT Air – Digital and Intuitive

SICAT Air and OPTISLEEP are the first appliance-based, fully digital 3D solution for the treatment of obstructive sleep apnea (OSA).

### Links & Downloads

- SICAT Implant
- SICAT Function
- OPTISLEEP
- Support
- Contact

- SICAT Air Brochure



3D X-ray scan in protruded position with a Dentsply Sirona 3D-System. The degree of protrusion can be set by simply using a bite fork such as the George Gauge.



Recording of the optical surface data of the patient's upper and lower jaw and subsequent fusion with the 3D data within the software.



Ordering of the OPTISLEEP completely digital and presentation of the appliance to the patient during the second patient visit.

Learn more



## SICATAIR

### Links & Downloads

SICAT Implant
SICAT Function
OPTISLEEP
Support
Contact
➤ SICAT Air Brochure

## SICAT Air – Digital and Intuitive

SICAT Air and OPTISLEEP are the first appliance-based, fully digital 3D solution for the treatment of obstructive sleep apnea (OSA).



**1**

3D X-ray scan in protruded position with a Dentsply Sirona 3D-System. The degree of protrusion can be set by simply using a bite fork such as the George Gauge.



**2**

Recording of the optical surface data of the patient's upper and lower jaw and subsequent fusion with the 3D data within the software.

[3] ......

OPTISLEEP

Ordering of the OPTISLEEP completely digital and presentation of the appliance to the patient during the second patient visit.

Learn more





# SICAT AIR & OPTISLEEP

The appliance-based 3D solution for the treatment of obstructive sleep apnea

## *DIGITAL & INTUITIVE*

*with **OPTI**SLEEP, the most advanced oral appliance straight from the dentist.*

**THE DIGITAL WORKFLOW** takes you directly to the ideal therapeutic appliance: what was already successfully established with the SICAT Suite based on 3D X-ray data is now reaching new dimensions with a further application for analyzing the upper airways and supporting the planning for obstructive sleep apnea treatment.

**SICAT AIR IS THE FIRST 3D SOLUTION** to allow the visualization and analysis of the upper airway in 3D and also supports the practicioner efficiently with the planning of an appliance-based treatment.

**HOW YOU BENEFIT:** By using the latest technology, you expand your range of services and provide your patients comprehensive consultation and treatment.







*SICAT Air* and *OPTISLEEP*: The 3D solution for the analysis of the upper airway and for an appliance-based treatment of obstructive sleep apnea.



**THE AUTOMATIC SEGMENTATION** of the upper airway in 3D allows to directly visualize constrictions. All airway parameters, for instance the smallest cross section and the airway volume, are displayed. The vivid visualization helps patients to understand the necessity of treatment.

**THE AIRWAY COMPARISON** allows to directly compare two segmented 3D scans of the patient's upper airway: Untreated versus the proposed grade of protusion according to your treatment plan. Possible changes of the airways become clearly visible.

## INTUITIVE DIGITAL AIRWAY ANALYSIS

**WITH JUST TWO MOUSE CLICKS** SICAT Air allows the automatic segmentation of the upper airway.

**ALL REQUIRED PARAMETERS** are shown for each sectional view and facilitate the analysis of the airway.





**CONSTRICTIONS** are highlighted in color. The airway and the real internal airway surface can be examined in detail using the software's endoscopy feature.



## PATIENT HAND-OUT
*The service advantage for your practice.*

**SICAT AIR** offers a variety of visualization. An easily generated information sheet with individual screenshots supports the patient consultation.

**QUICK AND EASY:** The patient hand-out provides an overview of all relevant findings and can be used effectively in the further course of treatment.



*The great visualization options of the software clearly facilitate our communication with the patient. The advantages of an appliance-based treatment can be easily demonstrated. Especially the slim design makes wearing OPTISLEEP very comfortable for patients which motivates them to start treatment.*

Tarun Agarwal
www.3d-dentists.com

## IN ONLY 3 STEPS

### Digital workflow **with patient scan**



3D X-ray scan in protruded position with a Dentsply Sirona 3D X-ray system. The degree of protrusion can be set by simply using a bite fork, such as the George Gauge.



Capturing of the optical surface scan data of the patient's upper and lower jaw and subsequent fusion with the 3D data within SICAT Air. Alternatively you can send a stone model to SICAT, where the model will be scanned for you and merged with your planning.

Ordering of the **OPTI**SLEEP therapeutic appliance completely digital and presentation to the patient during the second visit.

# TO THE **OPTI**SLEEP APPLIANCE

## *Digital workflow* **with plaster model scan**

 

Positioning of the George Gauge bite fork between the maxilla and mandible stone models. Placement of the stone models on the support and subsequent scan with a Dentsply Sirona 3D X-ray system.

 

Capturing of the optical surface scan data of the patient's maxilla and mandible and subsequent fusion with the 3D data within SICAT Air.

 

Ordering of the **OPTI**SLEEP therapeutic appliance completely digital and presentation to the patient during the second visit.



# PATIENT COMMUNICATION
*Easy and efficient for your practice*

**PATIENTS COMING TO YOUR PRACTICE** for the treatment of snoring or obstructive sleep apnea with therapeutic appliances often have a lot of questions. Many of the affected patients may not even be aware of their disorder. SICAT supports your patient consultation with extensive marketing materials which can be easily integrated into your practice.

**HOW YOU BENEFIT:** A comprehensive consultation helps your patients make an educated decision about your proposed treatment plan. The extended service improves patient commitment – a clear advantage for your practice.

## OPTISLEEP WELCOME PACKAGE



**THE OPTISLEEP WELCOME PACKAGE** is sent to you automatically after the registration of your SICAT Air license. It includes a demo therapeutic appliance as well as a selection of patient flyers for your waiting room.

**THE PATIENT FLYER** increases patient awareness for symptoms of obstructive sleep apnea. This facilitates a smooth start into the individual consultation. The demo therapeutic appliance additionally helps to educate the patients.

## OPTISLEEP.COM



**A CLEARLY DESIGNED** website vividly explains to the patients in which cases obstructive sleep apnea may be the issue, what kind of treatment options are available and how a therapeutic appliance functions. A self-test and answers to the most FAQ complete the information on the website.

**A PRACTIAL DOCTORS LOCATOR** offers additional marketing possibilities for your practice. With your office information included, patients are able to quickly and easily identify you as an **OPTI**SLEEP provider.

# OPTISLEEP

*The fully digital therapeutic appliance*

**FOLLOWING THE ANALYSIS** of the upper airway in 3D, **OPTISLEEP** can be ordered in a completely digital worklow.

**BY USING** a corresponding Dentsply Sirona 3D X-ray system, the mandibular joints can be taken into account when selecting the degree of protusion, in order to minimize the risk of craniomandibular dysfunctions.

**HOW YOU BENEFIT:** The combination of SICAT Air and **OPTISLEEP** saves time, facilitates patient communication and helps you to make your workflow more efficient.



Case: 1:17-cv-08818 Document #: 1-2 Filed: 12/07/17 Page 16 of 17 PageID #:36



**OPTISLEEP IS A TWO-PIECE APPLIANCE** offering great comfort due to its slim design. The durable material and connector design are specifically stable. It enables both the complete sealing of the lips and normal breathing.

**THE EXCHANGEABLE CONNECTORS** come in 10 sizes to provide an optimal flexibility. **OPTI**SLEEP covers all teeth to avoid the elongation of individual teeth. Furthermore, the continuous covering of the occlusal plane allows for a relaxed position of the jaw.



TWO-PART THERAPEUTIC APPLIANCE

DURABLE MATERIAL

SLIM DESIGN

FIRST FULLY DIGITAL WORKFLOW

TOOTH-INDIVIDUAL UNDERCUTS

EXCHANGEABLE CONNECTORS

**OPTI**SLEEP: Better Technology, Better Sleep.



A Dentsply Sirona Company

SICAT GMBH & CO. KG
BRUNNENALLEE 6
53177 BONN
GERMANY

T +49 (0)228 / 854697-0
F +49 (0)228 / 854697-99

INFO@SICAT.COM
WWW.SICAT.COM



204562-17-EN